[No. 11606-9-III.    Division Three.    December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN M.
FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-00132-0, Duane E. Taber, J., entered May
10, 1991. *Affirmed* by unpublished opinion per Sweeney, J.,.
concurred in by Thompson, C.J., and Munson, J.

[No. 12714-1-III.    Division Three.    December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
CANTU, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 92-1-00144-9, Carol A. Wardell, J., entered Sep-
tember 9, 1992. *Affirmed* by unpublished opinion per Schul-
theis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 13354-1-III.    Division Three.    December 8, 1994.]

FRANK A. HANSEN, *Appellant*, v. URM STORES,
INCORPORATED, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 89-2-00990-5, Michael E. Donohue, J.,
entered June 11, 1993. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 12990-0-III.    Division Three.    December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
W. HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-1-00266-4, John A. Schultheis, J., en-
tered January 5, 1993. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney, JJ.